■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY HARPER, Appellant. [820 NYS2d 815]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 25, 2004 (*People v Harper*, 11 AD3d 711 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered September 11, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Ritter, J.P., Goldstein, Lifson and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE HERNANDEZ, Appellant. [821 NYS2d 141]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Marrero, J.), imposed July 18, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Adams, Krausman, Spolzino and Lunn, JJ., concur.